UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SONYA GREENE,

        Plaintiff,

                                      Case No. 12-cv-11631
                                      Honorable Gershwin A. Drain

v.

ERIC SHINSEKI, Secretary of
Veterans Affairs,

        Defendant.
_____/

## ORDER GRANTING IN PART MOTION TO STAY CASE AND POSTPONE DATES [#57]

      Presently before the Court is Defendant's Motion for a Stay in Light of Lapse of Appropriations, filed on October 8, 2013. Defendant seeks a stay until fourteen days after appropriations to the Department of Justice are restored. Upon review of the present motion, the Court finds that Defendant has demonstrated good cause for granting the requested relief in part. Accordingly, Defendant's Motion for a Stay [#57] is GRANTED IN PART. This matter is stayed from October 8, 2013 through October 24, 2013. The following dates shall govern in this matter:

| | |
|---|---|
| Defendant's Reply in Support of M/SJ due: | November 4, 2013 |
| Hearing on Defendant's Motion for S/J: | November 20, 2013 at 2:00 p.m. |
| Settlement Conference w/Mag. Judge Michelson: | December of 2013 |
| Final Pretrial Order: | December 4, 2013 |
| Motions *in Limine* due: | December 11, 2013 |
| Final Pretrial Conference: | December 18, 2013 at 10:00 a.m. |

-1-

Trial Date: January 7, 2014

SO ORDERED.

Dated: October 10, 2013 /s/Gershwin A Drain
GERSHWIN A. DRAIN
UNITED STATES DISTRICT JUDGE